

-**FILED**-
IN OPEN COURT

**SEP 1 0 2025**

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Two Counts) |
| | ) | |
| v. | ) | Case No. 3:25-CR- 72 DRL SJF |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| JAMES HANBACK | ) | 18 U.S.C. § 922(a)(6) |

## THE GRAND JURY CHARGES:

### COUNT 1

Between the dates of on or about January 1, 2021 and June 23, 2025, in the Northern District of Indiana,

**JAMES HANBACK,**

defendant herein, not being a licensed manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and/or dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

**THE GRAND JURY ALSO CHARGES:**

## COUNT 2

On or about May 22, 2025, in the Northern District of Indiana,

**JAMES HANBACK,**

defendant herein, in connection with the acquisition of a firearm, from a

licensed dealer of firearms within the meaning of Chapter 44, Title 18,

United States Code, knowingly made a false and fictitious statement to a

licensed dealer of firearms, which statement was intended and likely to

deceive the licensed firearms dealer, as to a fact material to the lawfulness of

such sale of the firearm to the defendant, in that the defendant did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives

form 4473, stating that he was the actual transferee/buyer of the firearm, a

Springfield MOD 3 pistol (BK116922), when he was not because he was

purchasing the firearm for sale to another individual.

All in violation of Title 18, United States Code, Section 922(a)(6).

Dated:  September 10, 2025

A TRUE BILL:

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By:    /s/ *Joel Gabrielse*
Joel Gabrielse
Assistant United States Attorney

3